**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF SOUTH CAROLINA; THE FAMILY UNIT, INC.; ALBERTUS CLEA; and GEORGE HOPKINS,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MARCI ANDINO, in her official capacity as the Executive Director of the South Carolina State Election Commission; HOWARD M. KNAPP, in his official capacity as Director of Voter Services of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; and JOANNE DAY, CLIFFORD J. EDLER, LINDA MCCALL and SCOTT MOSELEY, in their official capacities as members of the South Carolina State Election Commission,<br><br>　　　Defendants. | Case No. 2:20-cv-03537-RMG |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs League of Women Voters of South Carolina, The Family Unit, Inc., Albertus Clea, and George Hopkins (collectively, "Plaintiffs") respectfully move this Court for a preliminary injunction as set out in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, pursuant to Fed. R. Civ. P. 65(a). Plaintiffs seek a preliminary injunction enjoining election officials from rejecting absentee ballots on the basis that they are not "properly signed" without providing pre-rejection notice and an opportunity to cure, in violation of the First and Fourteenth Amendments of the United States Constitution.

Specifically, Plaintiffs ask that this Court order Defendants to direct county election officials to review absentee ballot envelopes and provide pre-rejection notice to voters by first-class mail and, where available, by email or phone, of any signature-related deficiency as soon as is practicable; and permit voters whose absentee ballots are deficient on this ground to cure the deficiency up to three days following the election.  Alternatively, Plaintiffs request that the Defendants instruct election officials to apply the existing process through which voters may cure certain deficiencies in their provisional ballots up to the Friday following the election to ballots that are found to be deficient based on missing signature; and that the Defendants update their election guides, manuals, guidance, instructional materials, etc., to conform with the revised procedures.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiffs' claims in this matter.


Dated: October 9, 2020                              Respectfully submitted,

     s/ Susan K. Dunn

| | |
|---|---|
| Julianne J. Marley | Susan K. Dunn (Fed. Bar #647) |
| Rhianna Hoover | sdunn@aclusc.org |
| DEBEVOISE & PLIMPTON LLP | Shirene C. Hansotia (Fed. Bar #12558) |
| 919 Third Avenue | shansotia@aclusc.org |
| New York, NY 10022 | AMERICAN CIVIL LIBERTIES UNION |
| (212) 909-6000 | FOUNDATION OF SOUTH CAROLINA |
| | P.O. Box 20998 |
| *Of Counsel for Plaintiffs* | Charleston, South Carolina 29413-0998 |
| | Telephone: (843) 282-7953 |
| | Facsimile: (843) 720-1428 |

Ezra Rosenberg*
erosenberg@lawyerscommittee.org
John Powers^
jpowers@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW

1500 K Street NW, Suite 900
Washington, DC 20005
Phone: (202) 662-8389
Fax: (202) 783-0857

Catherine Amirfar*
camirfar@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

Tara Ganapathy*
tganapathy@debevoise.com
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
202-383-8000

*pro hac vice motion forthcoming
^pro hac vice motion pending

Counsel for Plaintiffs

3

## CERTIFICATE OF SERVICE

I certify that on October 9, 2020, I filed a copy of the above Motion, accompanying Memorandum of Law, and Exhibits 1-5 with the Court's electronic filing system, which will send notice to:

Jane W. Trinkley
jtrinkley@burr.com
BURR AND FORMAN LLP
PO Box 11390
Columbia, SC 29211
803-799-9800

Mary Elizabeth Crum
lcrum@burr.com
William Grayson Lambert
glambert@burr.com
BURR AND FORMAN LLP
1221 Main Street
Suite 1800
Columbia, SC 29201
803-799-9800

*Attorneys for Defendants*

       /s/ Susan K. Dunn

4