UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| League of Women Voters, *et al.*,<br><br>      Plaintiff,<br><br>v.<br><br>Marci Andino, *et al.*,<br><br>      Defendants. | No.: 2:20-cv-03537-RMG<br><br>**Notice of Filing<br>Supplemental Declaration<br>of Marci Andino** |

      PLEASE TAKE NOTICE that the attached Supplemental Declaration of Marci Andino, dated October 19, 2020, is being filed in this matter.

      Respectfully Submitted,

      s/ Wm. Grayson Lambert
      Wm. Grayson Lambert
      Fed. ID No. 11761
      M. Elizabeth Crum
      Fed. ID No. 372
      Jane W. Trinkley
      Fed. ID No. 4143
      BURR & FORMAN LLP
      Post Office Box 11390
      Columbia, SC 29211
      (803) 799-9800

      *Counsel for Election Defendants*

Columbia, SC

44401936 v1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| League of Women Voters, *et al.*,<br><br>       Plaintiff,<br><br>v.<br><br>Marci Andino, *et al.*,<br><br>       Defendants. | No.: 2:20-cv-03537-RMG<br><br>**Supplemental Declaration<br>of Marci Andino** |

My name is Marci Andino. I am over the age of eighteen and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

1. I am currently employed as the Executive Director for the South Carolina Election Commission ("Commission") and have served in that capacity since 2003. I am submitting this supplemental declaration in response to the Court's order (ECF 50) ("Order").

2. Attached as Exhibit 1 is the October 7, 2020 statement I sent to County Boards of Voter Registration and Elections ("County Boards") via ElectionNet, the intranet site of the South Carolina election community, at the direction of the Commission. *See* Order ¶ 1.

3. I am not aware of and have no personal knowledge of any County Board that has procedures for, is conducting, or plans to conduct "signature-matching procedures" (as that is defined by the Order) for the November 2020 General Election. The Charleston County Board has asked the Commission staff to purchase mail sorting equipment with signature-verification capabilities for it to conduct such

44380917 v3

reviews. The Commission staff told Charleston County Board that that the equipment could be ordered, but the signature-verification software could not be purchased with Commission funds. The Charleston County Board has not made me or any member of my staff aware either that it has obtained such software and put it in use to conduct signature-matching reviews or that it has developed procedures to notify voters of alleged mismatched signatures. *See* Order ¶ 2(A).

4.   I have no personal knowledge of any established procedures that any County Board has developed and implemented responsive to the information requested in Paragraph 2(B)(1) of the Order.

5.   To my knowledge, there are no South Carolina statutes, regulations, rules, handbooks, memoranda, or other documents regarding standards for "signature-matching procedures." In my 17 years as Executive Director, the Commission has not published or provided to County Boards any materials regarding "signature matching procedures." *See* Order ¶ 2(B)(2).

6.   The agency does not collect data on the number of absentee ballots being rejected for "mismatched signatures" and to my knowledge, no County Board collects such data. The statistics included in my initial declaration (ECF 48-1) were for absentee ballots that were rejected because they had *no* voter signature. *See* Order ¶ 2(B)(3).

7.   The agency does not provide training to the County Boards about signature-matching procedures. *See* Order ¶ 2(B)(4).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2020.

_____
Marci Andino

44380917 v3

*Exhibit 1*

☰ **Manage**    hbrant

**ElectionNet**  [Search box] **Search**   **My account**   **Log out**





## Who's online

There are currently 8 users online.

ckutz

ksmith

jbeaver

sedwards

soliver

gholliday

marci

rpadgett

# Absentee Ballots Received Without a Witness Signature After October 7th

**View**   Edit

*Submitted by marci on Wed, 10/07/2020 - 18:02*

The State Election Commission met this evening and voted to instruct me to notify county election officials of the following, "County election officials have no authority to cure absentee ballots, received by mail, that do not have a witness signature after October 7th." This means, after an absentee ballot is returned to your office by mail, the voter cannot be given the opportunity to cure deficiencies.

**Absentee Voting**