UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| League of Women Voters, *et al.*,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Marci Andino, *et al.*,<br><br>　　Defendants. | No.: 2:20-cv-03537-RMG<br><br>**Fourth Declaration<br>of Marci Andino** |

　　My name is Marci Andino. I am over the age of eighteen and fully competent to make this declaration. Under penalty of perjury, I declare the following based upon my personal knowledge:

　　1.　I am currently employed as the Executive Director for the South Carolina Election Commission ("Commission") and have served in that capacity since 2003.

　　2.　After receiving the results of the survey from the County Boards that were provided in my Third Declaration, dated October 26, 2020, I sent the attached Directive No. 2020-001 to all County Boards to instruct them not to employ any signature matching procedures and not to reject any absentee ballots based on any signature matching procedures.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on October 26, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Marci Andino



# DIRECTIVE 2020-001
October 26, 2020

*Effective Immediately*

Absentee Ballot Signature Matching

Absentee voting is governed by Title 7, Chapter 15 of the South Carolina Code. Nothing in Title 7, Chapter 15 allows county boards of voter registration and elections to employ any type of signature matching procedure upon receipt of an absentee ballot. A "signature matching procedure" is any review process conducted by election officials to compare a voter's signature on an absentee ballot to some other signature of the voter. No signature matching procedure may be used to disqualify or reject an absentee ballot that is otherwise properly completed and timely submitted.

If any county board of voter registration and elections, or any staff employed or working on behalf of a county board of voter registration and elections, is employing or plans to employ a signature matching procedure, it must stop doing so immediately. Further, any absentee ballot that, as a result of a signature matching procedure, has been rejected, disqualified or otherwise set aside so that it will not be counted should immediately be included with those absentee ballots that will be counted, assuming that absentee ballot otherwise complies with Title 7, Chapter 15.

COMMISSIONERS

JOHN WELLS
Chairperson

JOANNE DAY

CLIFFORD J. EDLER

LINDA MCCALL

SCOTT MOSELEY

MARCI ANDINO
Executive Director

1122 Lady Street
Suite 500
Columbia, SC 29201

P.O. Box 5987
Columbia, SC 29250

803.734.9060
Fax: 803.734.9366
www.scvotes.gov

