UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| League of Women Voters, *et al.*,<br><br>    Plaintiff,<br><br>  v.<br><br>Marci Andino, *et al.*,<br><br>    Defendants. | No.: 2:20-cv-03537-RMG<br><br>**Notice of Appeal** |

Notice is hereby given that all Defendants (including the Intervenor-Defendants) hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order granting in part the motion for preliminary injunction (ECF No. 72), entered in this action on October 26, 2020.

Respectfully submitted,

s/ Wm. Grayson Lambert
M. Elizabeth Crum
Fed. ID No. 372
Wm. Grayson Lambert
Fed. ID No. 11761
Jane W. Trinkley
Fed. ID No. 4143
lcrum@burr.com
glambert@burr.com
jtrinkley@burr.com
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800

*Counsel for Election Defendants*

Susan P. McWilliams
Fed. ID No. 3351
smcwilliams@nexsenpruet.com
Marc C. Moore
Fed. ID No. 4956
mmoore@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
(803) 253-8221

*Counsel for Speaker of the House of Representatives James H. Lucas*


M. Todd Carroll
Fed. ID No. 9742
Kevin A. Hall
Fed. ID No. 5375
todd.carroll@wbd-us.com
kevin.hall@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1221 Main Street, Suite 16
Columbia, SC 29201
(803) 454-6504

*Counsel for Senate President Harvey Peeler*

2