FILED: April 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2167
(2:20-cv-03537-RMG)

_____

LEAGUE OF WOMEN VOTERS OF SOUTH CAROLINA; THE FAMILY
UNIT, INC.; GEORGE HOPKINS; ALBERTUS CLEA

        Plaintiffs - Appellees

v.

MARCI ANDINO, in her official capacity as the Executive Director of the South
Carolina State Election Commission; HOWARD M. KNAPP, in his official
capacity as Director of Voter Services of the South Carolina State Election
Commission; JOHN WELLS, in his official capacity as Chair of the South
Carolina State Election Commission; JOANNE DAY, in her official capacity as
member of the South Carolina State Election Commission; CLIFFORD J.
EDLER, in his official capacity as member of the South Carolina State Election
Commission; LINDA MCCALL, in her official capacity as member of the South
Carolina State Election Commission; SCOTT MOSELEY, in his official capacity
as member of the South Carolina State Election Commission

        Defendants - Appellants

REPRESENTATIVE JAMES H. (JAY) LUCAS, in his capacity as Speaker of the
South Carolina House of Representatives; SENATOR HARVEY PEELER, in his
capacity as President of the South Carolina Senate

        Intervenors/Defendants – Appellants

_____

M A N D A T E

_____

The judgment of this court, entered March 11, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*