UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| League of Women Voters of South Carolina, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Marci Andino, *et al.*, <br><br> Defendants. | No.: 2:20-cv-03537-RMG <br><br><br> **VOLUNTARY** <br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs to the above-captioned action, League of Women Voters of South Carolina, The Family Unit, Inc., Albertus Clea, and George Hopkins ("Plaintiffs"), by and through their undersigned counsel, file this Stipulation of Voluntary Dismissal. Defendants Marci Andino, Executive Director of the South Carolina State Election Commission, Howard Knapp, Director of Voter Services of the South Carolina State Election Commission, John Wells, Chair of the South Carolina State Election Commission, and Joanne Day, Clifford J. Edler, Linda McCall, and Scott Mosely, members of the South Carolina State Election Commission, and Intervenors James H. Lucas, Speaker of the South Carolina House of Representatives and Harvey Peeler, President of the South Carolina Senate (collectively "Defendants"), by and through their undersigned counsel, consent to this Stipulation, which is made to terminate any further controversy respecting all claims that have been asserted against Defendants in the instant matter and does not constitute an admission of wrongdoing by any Party hereto. The Defendants agree that, pursuant to current South Carolina law and Directive No. 2020-001, county boards of elections and voter registration are not authorized to and should not match voters' signatures located on absentee ballot voter oaths with voters' signatures on any

1

other document for the purpose of determining the legitimacy of the absentee ballot or any voter's eligibility to cast a legal ballot in any future election held in South Carolina.

The Parties stipulate that the entire action shall be dismissed without prejudice and that each Party shall bear its own costs and fees, including attorney's fees. Nothing in this Stipulation shall be construed as the State's waiver of immunities available under state and federal law.

Respectfully submitted this 23rd day of April, 2021:

WE SO STIPULATE:

s/ Susan K. Dunn
Susan K. Dunn (Fed. Bar #647)
sdunn@aclusc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTH CAROLINA
P.O. Box 20998
Charleston, South Carolina 29413-0998
Telephone: (843) 282-7953
Facsimile: (843) 720-1428

John Powers (admitted *pro hac vice*)
jpowers@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Phone: (202) 662-8389
Fax: (202) 783-0857

*Counsel for Plaintiffs*

Julianne J. Marley
Rhianna Hoover
DEBEVOISE & PLIMPTON LLP
919 Third Avenue New York, NY 10022
(212) 909-6000

*Of Counsel for Plaintiffs*

2

s/ Wm. Grayson Lambert
Wm. Grayson Lambert  Fed. ID No. 11761
glambert@burr.com
M. Elizabeth Crum  Fed. ID No. 372
lcrum@burr.com
Jane W. Trinkley  Fed. ID No. 4143
jtrinkley@burr.com
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800

*Counsel for Election Defendants*


s/ Susan P. McWilliams
Susan P. McWilliams  Fed. ID No. 3351
smcwilliams@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
(803) 253-8221

*Counsel for Intervenor Speaker of the House of Representatives James H. Lucas*


s/ Kevin A. Hall
Kevin A. Hall  Fed. ID No. 5375
kevin.hall@wbd-us.com
M. Todd Carroll   Fed. ID No. 9742
todd.carroll@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1221 Main Street, Suite 16
Columbia, SC 29201
(803) 454-6504

*Counsel for Intervenor Senate President Harvey Peeler*

3